UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>CHRISTINA ELIZABETH BANKSTON,<br>  aka "Christina Elizabeth<br>  McGill,"<br>  aka "Troy Leatherby,"<br>  aka "Jacky Jasper,"<br>  aka "Greg Comeau,"<br>  aka "Browbuster,"<br><br>            Defendant. | CR No. 16- **C R 1 6 - 0 5 1 2**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2261A(2)(B) and<br>2261(b)(5): Stalking; 18 U.S.C.<br>§§ 1030(a)(2)(C), (b),<br>(c)(2)(B)(ii): Unauthorized Access<br>to a Protected Computer to Obtain<br>Information; 18 U.S.C.<br>§§ 1030(a)(7)(B), (c)(3)(A):<br>Extortion by Threat to Obtain<br>Information and Impair<br>Confidentiality of Information of<br>a Protected Computer; 18 U.S.C.<br>§ 1028A(a)(1): Aggravated Identity<br>Theft] |

The Grand Jury charges:

COUNTS ONE THROUGH SIX

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

A.   USE OF INTERSTATE COMMERCE FACILITY TO ENGAGE IN THREATENING COURSE OF CONDUCT

1.   Beginning on a date unknown to the Grand Jury, but no later than March 9, 2014, and continuing to on or about September 5, 2014, in Los Angeles County, within the Central District of California, and

1  elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as

2  ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka

3  "Jacky Jasper," aka "Greg Comeau," aka "Browbuster," ("defendant

4  BANKSTON"), with the intent to harass and intimidate Kristen Jenner

5  ("Victim Jenner"), Katherine Ellena ("Victim Ellena"), Caitlyn

6  Jenner, then known as Bruce Jenner ("Victim C. Jenner"), Jennifer

7  Stith ("Victim Stith"), Victim A, Victim B, and others known and

8  unknown to the Grand Jury (collectively, "the Victims,"), used

9  facilities of interstate commerce, including cellular telephone

10 networks, electronic mail ("email"), text messages, interstate wires,

11 and the Internet, to engage in a course of conduct, described in

12 paragraph 2 below, that caused, attempted to cause, and would have

13 been reasonably expected to cause, substantial emotional distress to

14 the Victims and their immediate family members.

15 B.   DESCRIPTION OF COURSE OF CONDUCT

16      2.   Defendant BANKSTON'S course of conduct included, among

17 other things, the following:

18           a.   Between on or about March 9, 2014 and March 10, 2014,

19 defendant BANKSTON, using the name "Troy," an email account, and

20 multiple telephone numbers, sent 89 chat messages and 19 text

21 messages to Victim Jenner.  In those messages, among other things

22 defendant BANKSTON, stating that defendant BANKSTON was located in

23 Beverly Hills, California, and knowing that Victim Jenner resided in

24 Los Angeles County, asked to meet Victim Jenner in person because

25 defendant BANKSTON claimed to have a "sex tape" of Victim Jenner

26 which defendant BANKSTON claimed to have sent to an online media

27 website.

28

      b.   On or about March 12, 2014, defendant BANKSTON sent Victim Jenner six anonymous text messages, including:

        i.   "Can I eat you out," "Oh you can't block me forever love."

        ii.   "Die! I feel special and honored to rock it! Love u momma Kris."

      c.   On or about March 14, 2014, defendant BANKSTON sent Victim Jenner 29 anonymous text messages from multiple telephone numbers, including the following:

        i.   "Hey beautiful remember when you were getting all those crazy calls from the uk and you posted it! Why won't you post mine with me contacting you?," "Instagram me make me famous."

        ii.   "Kris put this on TMZ make me famous!!," "Kris we have all your numbers now make me famous biiiiiitch."

        iii. "Ohhh Kris I looked on the FBI most wanted list and I'm not there!  I'm disappointed in you!  Put me on Instagram tho ;) :) goodnight you!"

      d.   On March 22, 2014, defendant BANKSTON, using multiple telephone numbers, sent 34 anonymous text messages to Victim Jenner. In those messages, among other things, defendant BANKSTON:

        i.   Stated that she had a "sex tape" of Victim Jenner that defendant BANKSTON wanted to sell to an adult film studio.

        ii.   Stated, "Let's talk," "My bad lets stalk."

      e.   On or about March 24, 2014, at approximately 4:00 a.m., defendant BANKSTON used a telephone to call a friend of Victim Jenner, and, impersonating Victim Jenner, falsely told Victim Jenner's friend that something had been published about the friend on the Internet.

f.   On or about March 25, 2014, defendant BANKSTON, using multiple phone numbers, sent 8 anonymous text messages to Victim Jenner.  In those messages, among other things, defendant BANKSTON repeatedly referenced Victim Jenner's inability to "block" defendant BANKSTON's communications to Victim Jenner, and stated, "This is getting creepy [again]."

g.   On or about March 26, 2014, defendant BANKSTON sent 11 anonymous text messages to Victim Jenner.  In those messages, among other things, defendant BANKSTON stated that defendant BANKSTON had conducted an interview with a reporter from an online website about a sex tape of Victim Jenner that defendant BANKSTON claimed to have.

h.   On or about April 6, 2014, defendant BANKSTON, using multiple telephone numbers, sent 7 anonymous text messages to Victim Jenner.  In those messages, among other things, defendant BANKSTON asked Victim Jenner to call her and meet at a hotel room in Beverly Hills, California, knowing that Victim Jenner lived in the area.

i.   On or about April 12, 2014, defendant BANKSTON, using the name "Troy Leatherby" and multiple telephone numbers, sent 54 text messages to Victim Jenner.  In those messages, among other things, defendant BANKSTON:

i.   Asked Victim Jenner to meet her at a hotel in the Los Angeles area to "come fucc with me."

ii.  Repeatedly referenced Victim Jenner's inability to block telephone numbers.

iii. Stated that she wanted to make a "sex tape" with Victim Jenner to sell for a million dollars.

1          iv.   Made multiple references to wanting to see

2  Victim Jenner naked or engaged in sexual activity.

3        j.   On or about April 13, 2014, defendant BANKSTON, using

4  the name "Troy" and multiple telephone numbers, sent 60 text messages

5  to Victim Jenner, including the following:

6          i.   "I want eat you through you're sexy to [me]."

7          ii.   "Me you and sex tape...ya?  I'm in your area

8  today lets do it."

9        k.   Between on or about April 16, 2014 and April 18, 2014,

10  defendant BANKSTON, using multiple telephone numbers, sent 23

11  anonymous text messages to Victim Jenner, including the following:

12          i.   "Kris has her own personal stalker."

13          ii.   "Heard you were in the hospital," "I'm on my way

14  to see you soon if you're home."

15        l.   On or about April 19, 2014, defendant BANKSTON, using

16  multiple telephone numbers, sent 49 anonymous text messages to

17  Victim Jenner.  In those messages, among other things, defendant

18  BANKSTON:

19          i.   Stated, "Ahh kris you have a stalker lol."

20          ii.   Told Victim Jenner that defendant BANKSTON had

21  obtained Victim Jenner's "password" from a named employee of a

22  restaurant at which Victim Jenner had eaten, and "now your fucked."

23          iii. Stated, "Change be a better person and then maybe

24  then we will stop ducking up your world you lousy useless bitch."

25        m.   On or about April 27, 2014, defendant BANKSTON, using

26  multiple telephone numbers, sent two anonymous text messages and made

27  approximately 22 telephone calls to a person whom defendant BANKSTON

28  knew to be a friend of Victim Jenner.  In those calls and text

1   messages, among other things, defendant BANKSTON, while impersonating

2   Victim Jenner, told the friend that Victim Jenner had cancer and

3   needed the telephone number of Victim Jenner's husband, Victim

4   C. Jenner, to get a ride to the hospital.

5              n.   On or about April 27, 2014, defendant BANKSTON used a

6   telephone to cause Los Angeles County Sheriff's Department to send

7   emergency response personnel to Victim Jenner's residence by telling

8   an emergency service operator that defendant BANKSTON was Victim

9   Jenner and falsely stating that Victim Jenner's sister, whose true

10   first name defendant BANKSTON provided, was cutting her wrists at

11   Victim Jenner's residence as part of a suicide attempt.

12              o.   On or about June 9, 2014, defendant BANKSTON used a

13   telephone to call Victim Ellena, whom defendant knew worked for

14   Victim Jenner.  During the call, defendant BANKSTON asked for Victim

15   Ellena by Victim Ellena's first name, said that it had taken a long

16   time to find Victim Ellena's telephone number, laughed, and hung up.

17              p.   Between on or about June 9, 2014 and June 10, 2014,

18   defendant BANKSTON, used the Internet to, on multiple occasions, gain

19   unauthorized access to and change the password for Victim Jenner's

20   Apple iCloud account.  Using that account, among other things,

21   defendant BANKSTON:

22              i.   Used an iCloud feature to locate Victim Jenner's

23   iPhone at Victim Jenner's residence in Los Angeles County.

24              ii.   Impersonated Victim Jenner in a text message

25   conversation with Victim C. Jenner.

26              iii. Sent 24 texts messages from Victim Jenner's Apple

27   iCloud account to Victim C. Jenner, after Victim C. Jenner became

28   aware of the impersonation, including, the following:

6

          (a)   "U could try but u could never find me,"
"Dumb fuck," "u could never find me," "Dumb fuck," "Good luck I fuck
your wife," "And she loves it."

          (b)   "Kris hates blacks and we made it to TMZ bye
Bruce."

          (c)   "Tell [first name of Victim C. Jenner's
former spouse] she's a hot piece of ass and she's next."

       iv.   Impersonated Victim Jenner in a text message
conversation with Victim Jenner's daughter, Victim A, then a minor.

    q.   On or about June 10, 2014, defendant BANKSTON used the
Internet to gain unauthorized access to Victim Jenner's Instagram
account.  Using that account, defendant BANKSTON publically posted,
under Victim Jenner's name and photograph, negative comments about
"blacks," and disparaging remarks about a member of Victim Jenner's
family.

    r.   On or about June 11, 2014, defendant BANKSTON sent ten
anonymous text messages to Victim Jenner.  In those messages, among
other things, defendant BANKSTON described herself as "the best
hacker in the word," said that she would next hack into
Victim Jenner's Twitter account, and threatened to "release"
publically defendant BANKSTON's prior text message conversation with
Victim A, as well as "pics and emails."

    s.   On or about June 11, 2014, defendant BANKSTON sent six
anonymous text messages to Victim C. Jenner, including "After you
told me go fuck myself i decided to go fuck your wife instead."

    t.   On or about June 11, 2014, defendant BANKSTON used the
Internet to attempt to gain unauthorized access to and reset the
password for Victim Jenner's Apple iCloud account.

1    u.   On or about June 11, 2014, defendant BANKSTON used a

2    telephone to call an employee at Instagram LLC.  In the call,

3    defendant BANKSTON identified herself with Victim Jenner's name and

4    attempted to change the passwords of Victim Jenner's Instagram and

5    Facebook accounts.

6    v.   Between on or about June 11, 2014 and June 12, 2014,

7    defendant BANKSTON used the Internet to gain unauthorized access to

8    an email account of Victim B, Victim Jenner's daughter.  Using the

9    account, defendant BANKSTON read and copied private email messages

10   between Victim B and Victim B's husband.

11   w.   On or about June 13, 2014, defendant BANKSTON used a

12   telephone to call Victim Ellena.  During the call, defendant BANKSTON

13   referenced the names of Victim Ellena's mother, father, and brother,

14   and said that defendant BANKSTON was "coming after" Victim Ellena's

15   mother "next."  Defendant BANKSTON then made several attempts to call

16   Victim Ellena's mother.

17   x.   On or about June 19, 2014, defendant BANKSTON, using

18   the name "Greg Comeau," used a telephone to make three telephone

19   calls to Victim Jenner.  During the calls, among other things,

20   defendant BANKSTON told Victim Jenner that someone had had broken

21   into Victim Jenner's "phone" and computer accounts, could view Victim

22   Jenner's emails, and was stalking Victim C. Jenner and others.

23   y.   On or about June 19, 2014, defendant BANKSTON sent

24   seven anonymous text messages to Victim Jenner, including, "This is

25   the fun part about it," "No matter how much you change numbers we

26   find them," "Lollllllll," and "So now we find and seek your home #."

27   z.   On or about June 20, 2014, defendant BANKSTON made

28   multiple telephone calls to Victim Stith, whom defendant BANKSTON

knew worked for Victim Jenner at an office.  During the calls, among other things, defendant BANKSTON told Victim Stith that Victim Stith was being watched at the office and not to leave the office.

aa.  On or about June 24, 2014, defendant BANKSTON sent three anonymous text messages to Victim B, among other things, falsely stating that she was pregnant by Victim B's husband.

bb.  On or about June 24, 2014, defendant BANKSTON, using the name "jacky jasper," sent 20 text messages to Victim C. Jenner, including "I saw you getting coffee in your blue bike shorts today," and "I still wanna know if I can fuck your pretty wife."

cc.  Between on or about July 19, 2014 and July 20, 2014, defendant BANKSTON used the Internet to post on the website lipstickalley.com a number of messages about Victim Jenner and Victim Jenner's family under a public discussion thread that defendant BANKSTON created.  Those messages included, among other things, the following:

i.  An offer to provide, upon request, defendant BANKSTON's June 10, 2014 text message conversation with Victim A, representing it to be a conversation between Victim Jenner and Victim A.

ii.  A series of messages that identified and published the telephone numbers for Victim Jenner's residence and cellular telephone, Victim A, another daughter of Victim Jenner, and one of Victim Jenner's friends.

dd.  On or about July 31, 2014, defendant BANKSTON sent Victim Jenner an email stating, "I am so in love with you, it's crazy, you know me btw.  Can you come to the Bay Area? I wanna fuck you so bad."

1      ee.  On or about August 4, 2014, defendant BANKSTON sent
2  series of an email messages to Victim Jenner and Victim Ellena.
3  Those messages included, among other things, the following:
4          i.   An email to Victim Ellena stating, "Tell kris thx
5  for wiping my iPad now I can't use it.  I'll expect a new one this
6  week."
7          ii.  An email to Victim Ellena titled, "I'm tracking
8  this," that contained location and other information regarding
9  Victim Ellena's email address and phone service, and the statement
10  "Here's your ip....and info! I want my iPad."
11          iii. An email to Victim Jenner stating, "Call in extra
12  security tonight.... Btw I'm tracking you..Who's in Glendale? Look
13  somewhere on your car...There's a tracking device lol lol.  Well you
14  do like the cameras don't you?  I have private intamate shots of you
15  too :):) they will be published on lipstickalley tonight if I get no
16  call or ipad."
17          iv.  An email to Victim Jenner titled "Your Stalker,"
18  that stated, "You want to see stalker I'm going to show you stalker
19  now fetch me a new iPad 1.5 hours till show time!!!"
20      ff.  On or about August 6, 2014, using the name "Mr Troy,"
21  and the email address "Troyleatherby@mail.com," defendant BANKSTON
22  sent a series of emails to Victim Jenner and Victim Ellena.  Those
23  emails included, the following:
24          i.   An email to Victim Ellena titled, "Troy leatherby
25  I'm here," stating, "I'm here.  I'm the one who put out the sex tape
26  rumors I am the one who broke into her iCloud.  I am here from San
27  Francisco lets meet.  Ive been on you guys since april tell the guy
28  who answered the phone at the house I'm here.  Tell him I had a bad

connection.  Tell everyone I'm in town!!  Hahahah.  Brace yourself
I'm here for my iPad.  6'4 green eyes and will see you and kris soon.
Thanks kat."

        ii.  An email to Victim Ellena stating, "There's no
use for you guys to keep changing numbers I am a hacker an work IT I
can find out your new number within days I've hacked the camera in
homes don't fuck with me just get me my iPad ill meet you anywhere
for it but you guys owe me an iPad.  Katherine I've been in your
iCloud brace yourselves.  I want my iPad ill meet anywhere to get
it."

        iii. An email to Victim Ellena stating, "Clear the
fucking house I'm in the area.  I'm now connected to KJ wireless
. . . I am IT I can see everything on this network.  Don't play
matlock or Sherlock Holmes.  You won't find me.  Tel the boy who's
answering the house numbers I will duck him for lying to me.  I don't
like games.  You will learn soon.  I'm withinn a 5 mi radius of
Kris's home. :)))."

        iv.  An email to Victim Jenner stating, I'm gonna duck
you right in your pussy hole you are mine and u am in love."

        v.  An email to Victim Ellena stating, "I'm going to
fuck you right in your pussy hole when I see you."

        gg.  On or about August 7, 2014, defendant BANKSTON sent by
email to Victim Ellena four audio files purporting to reflect
recordings of "Troy" speaking on the telephone.  In these audio
files, among other things, defendant BANKSTON references stalking
Victim Jenner and her family over many months, including putting
tracking devices on Victim Jenner's vehicles, obtaining phone numbers
from restaurants that Victim Jenner had attended, using someone to

1   imitate Victim Jenner's voice on the telephone with Victim Jenner's
2   friends, seeking to obtain naked photographs of Victim Jenner,
3   traveling to Los Angeles County where Victim Jenner lived, and
4   hacking into Victim Jenner's iCloud and Instagram accounts.

5          hh.   On or about August 8, 2014, using the name "Mr Troy,"
6   and the email address "Troyleatherby@hotmail.com," defendant
7   BANKSTON, knowing Victim Ellena was in San Francisco, sent an email
8   message to Victim Ellena stating, among other things, "I'm assuming
9   you're in the Bay Area now! Is Kris with you?"

10         ii.   On or about August 10, 2014, defendant BANKSTON used
11   the Internet to post on the website lipstickalley.com a number of
12   messages under a public discussion thread that defendant BANKSTON
13   created titled, "The stalking of Kris Jenner."  Those messages
14   included, among other things, statements about a stalker putting
15   tracking devices on Victim Jenner's car, breaking into and tracking
16   Victim Jenner's iPhone, and obtaining naked photographs of
17   Victim Jenner.

18         jj.   On or about August 15, 2014, defendant BANKSTON,
19   knowing that Victim Ellena was located at the offices of E
20   Entertainment Television in Los Angeles, California, sent
21   Victim Ellena an email saying, "you're at e network I see you."

22         kk.   On or about September 5, 2014, defendant BANKSTON told
23   agents from the Federal Bureau of Investigation that a person named
24   "Troy Leatherby" would be going to Victim Jenner's home the next day
25   and might "TNT the house or set it on fire," or commit "some kind of
26   massacre," knowing that this was false.

27

28

1  C.    COUNTS

2      3.   Defendant engaged in the course of conduct and used the

3  facilities of interstate commerce described in paragraph 2 above,

4  with the intent to harass and intimidate the following persons, and

5  caused, attempted to cause, and would have been reasonably expected

6  to cause, substantial emotional distress to that person and their

7  immediate family members.

8  COUNT:        VICTIM:

9  ONE           Victim Jenner
10

11 TWO           Victim Ellena
12

13 THREE         Victim C. Jenner
14

15 FOUR          Victim A
16

17 FIVE          Victim B
18

19 SIX           Victim Stith

20

21

22

23

24

25

26

27

28

1                              COUNT SEVEN

2                  [18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(ii)]

3       On or about June 10, 2014, in Los Angeles County, within the

4   Central District of California, and elsewhere, defendant CHRISTINA

5   ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth

6   McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka "Greg Comeau,"

7   aka "Browbuster," knowingly and intentionally accessed without

8   authorization and in excess of authorization a protected computer, as

9   that term is defined in Title 18, United States Code, Section

10  § 1030(e)(2), namely, a server of Apple Inc., and thereby obtained

11  information, namely, the contents of an iCloud account belonging to

12  Kristen Jenner ("Victim Jenner") and the location of Victim Jenner's

13  iPhone, in furtherance of criminal and tortious acts, to wit,

14  stalking in violation of 18 U.S.C. §§ 2261A(2)(A) and 2261(b)(5), as

15  alleged in Counts One through Six of this Indictment, and the

16  California State Tort of Invasion of Privacy.

17

18

19

20

21

22

23

24

25

26

27

28

COUNT EIGHT

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(ii)]

On or about June 10, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka "Greg Comeau," aka "Browbuster," knowingly and intentionally accessed without authorization and in excess of authorization a protected computer, as that term is defined in Title 18, United States Code, Section § 1030(e)(2), namely, a server of Apple Inc., and thereby obtained information, namely, the contents of an iCloud account belonging to Kristen Jenner, and iMessage communications with Caitlyn Jenner, then known as Bruce Jenner and Victim A, in furtherance of criminal and tortious acts, to wit, stalking in violation of 18 U.S.C. §§ 2261A(2)(A) and 2261(b)(5), as alleged in Counts One through Six of this Indictment, and the California State Tort of Invasion of Privacy.

COUNT NINE

[18 U.S.C. §§ 1030(a)(2)(C), (b), (c)(2)(B)(ii)]

On or about June 11, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," "aka "Greg Comeau," aka "Browbuster," knowingly and intentionally attempted to access without authorization and in excess of authorization a protected computer, as that term is defined in Title 18, United States Code, Section § 1030(e)(2), namely, a server of Instagram, and thereby obtained information, namely, the contents of an Instagram account belonging to Kristen Jenner, in furtherance of criminal and tortious acts, to wit, stalking in violation of 18 U.S.C. §§ 2261A(2)(A) and 2261(b)(5), as alleged in Counts One through Six of this Indictment, and the California State Tort of Invasion of Privacy.

COUNT TEN

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(ii)]

On or about June 11, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka "Greg Comeau," aka "Browbuster," knowingly and intentionally accessed without authorization and in excess of authorization a protected computer, as that term is defined in Title 18, United States Code, Section § 1030(e)(2), namely, a server of AOL Inc., and thereby obtained information, namely, the contents of an AOL email account belonging to Victim B, in furtherance of criminal and tortious acts, to wit, stalking in violation of 18 U.S.C. §§ 2261A(2)(A) and 2261(b)(5), as alleged in Counts One through Six of this Indictment, and the California State Tort of Invasion of Privacy.

COUNT ELEVEN

[18 U.S.C. §§ 1030(a)(7)(B), (c)(3)(A)]

On or about August 6, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka "Greg Comeau," aka "Browbuster," with intent to extort money and other things of value, transmitted in interstate and foreign commerce an email to Katherine Ellena ("Victim Ellena"), containing a threat to obtain information from a protected computer without authorization and to impair the confidentiality of information obtained from a protected computer without authorization, namely, information from Victim Ellena's iCloud account.

COUNT TWELVE

[18 U.S.C. § 1028A(a)(1)]

On or about June 10, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka "Greg," aka "Browbuster," knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the username, password, and security answer of Kristen Jenner, during and in relation to Unauthorized Access to a Protected Computer to Obtain Information, a felony violation of Title 18, United States Code, Sections 1030(a)(2)(C), and (c)(2)(B)(ii), as charged in Count Seven of this Indictment.

COUNT THIRTEEN

[18 U.S.C. § 1028A(a)(1)]

On or about June 10, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka "Greg," aka "Browbuster," knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the username, password, and security answer of Kristen Jenner, during and in relation to Unauthorized Access to a Protected Computer to Obtain Information, a felony violation of Title 18, United States Code, Sections 1030(a)(2)(C), and (c)(2)(B)(ii), as charged in Count Eight of this Indictment.

COUNT FOURTEEN

[18 U.S.C. § 1028A(a)(1)]

On or about June 11, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka "Greg Comeau," aka "Browbuster," knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name of Kristen Jenner, during and in relation to the attempted Unauthorized Access to a Protected Computer to Obtain Information, a felony violation of Title 18, United States Code, Sections 1030(a)(2)(C), (b), and (c)(2)(B)(ii), as charged in Count Nine of this Indictment.

1

COUNT FIFTEEN

2

[18 U.S.C. § 1028A(a)(1)]

3

Between on or about June 11, 2014 , in Los Angeles County,

4
within the Central District of California, and elsewhere, defendant

5
CHRISTINA ELIZABETH BANKSTON, also known as ("aka") "Christina

6
Elizabeth McGill," aka "Troy Leatherby," aka "Jacky Jasper," aka

7
"Greg Comeau," aka "Browbuster," knowingly transferred, possessed,

8
and used, without lawful authority, a means of identification of

9
another person, that is, the username, password, and security answer

10
of Victim B, during and in relation to Unauthorized Access to a

11
Protected Computer to Obtain Information, a felony violation of

12
//

13
//

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Title 18, United States Code, Sections 1030(a)(2)(C), and

2  (c)(2)(B)(ii), as charged in Count Ten of this Indictment.

3                                    A TRUE BILL

4

5                                   /S/
                                    _____
6                                   Foreperson

7  EILEEN M. DECKER
   United States Attorney
8

9

10 PATRICIA A. DONAHUE
   Assistant United States Attorney
11 Chief, National Security Division

12 TRACY L. WILKISON
   Assistant United States Attorney
13 Chief, Cyber & Intellectual
   Property Crimes Section
14
   STEPHANIE S. CHRISTENSEN
15 Assistant United States Attorney
   Deputy Chief,
16 Cyber & Intellectual Property
   Crimes Section
17
   DAVID KOWAL
18 Assistant United States Attorney
   Cyber & Intellectual Property
19 Crimes Section

20

21

22

23

24

25

26

27

28

                              23